IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 12, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action 02-cv-00604-RPM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cara M. Mroczek |
| | Steven Moores |
| Plaintiff, | |
| v. | |
| GREAT WESTERN INORGANICS, INC., | |
| Defendant. | |

_____

Civil Action No. 04-cv-02330-RPM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cara M. Mroczek |
| | Steven Moores |
| Plaintiff, | |
| v. | |
| THORO PRODUCTS COMPANY, | Christopher Sutton |
| | William Fronczek |
| Defendant / Third Party Plaintiff, | |
| v. | |
| GREAT WESTERN INORGANICS, INC., | Eugene J. Riordan |
| HIGHWAY 72 PROPERTIES, INC., | |
| Third Party Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:01 a.m.    Court in session.**

Court's preliminary remarks.

Richard E. Newman present as representative for Thoro Products Company.

May 12, 2010
02-cv-00604-RPM
04-cv-02330-RPM

Mr. Sutton states Highway 72 Properties was never served and should be dismissed as a party.

**ORDERED:** **Third Party Defendant Highway 72 Properties, Inc. is dismissed.**

Court states the current status of the case based on its review of the pleading.

**ORDERED:** **Joint Motion to Reopen Case, filed April 29, 2010 [10] in 02-cv-00604-RPM is granted.**

10:11 a.m.     Mr. Sutton answers questions asked by the Court.

Mr. Sutton states he has reviewed the proposed consent decree with his client Richard Newman.
Mr. Sutton further states that there has been a settlement of all claims against third party defendant Great Western and if the consent decree is approved by the Court a dismissal will be filed.

10:18 a.m.     Mr. Riordan answers questions asked by the Court.

Mr. Riordan states it is correct that an agreement has been reached regarding the third-party complaint based on approval of the consent decree.

10:21 a.m.     Ms. Mroczek. answers questions asked by the Court.
10:24 a.m.     Mr. Sutton answers additional questions asked by the Court.

Court's findings as stated on record.

**ORDERED:** **Motion to Enter Proposed Consent Decree, filed April 26, 2010 [111] in 04-cv-02330-RPM, is granted. Consent Decree signed in open court.**

**ORDERED:** **Joint Motion to Reopen the Case and Consolidate with Civil Action No. 04-m-2330 to Lodge an Amendment to The 2002 Consent Decree, filed April 13, 2010 [7] in 02-cv-00604-RPM, is granted.**

**ORDERED:** **Joint Motion Requesting a Stay of Certain Work Obligations under the Consent Decree, filed April 29, 2010 [10] in 02-cv-00604-RPM, is granted.**

Mr. Sutton informs the Court he will file a stipulated motion to dismiss.

**10:33 a.m.     Court in recess.**

Hearing concluded. Total time: 32 min.