IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Civil Action No. 02-cv-00604-RPM
)
GREAT WESTERN INORGANICS, INC., )
)
Defendant. )

## ~~PROPOSED~~ ORDER TO GRANT THE JOINT MOTION REQUESTING A STAY OF CERTAIN WORK OBLIGATIONS UNDER THE CONSENT DECREE

Upon the **JOINT MOTION REQUESTING A STAY OF CERTAIN WORK OBLIGATIONS UNDER THE CONSENT DECREE**, IT IS HEREBY ORDERED that Great Western Inorganic's work obligations in the 2002 Consent Decree and its appendices involving the air stripper system under paragraph 29.a. and 29.d. and the obligation to conduct surface and groundwater monitoring referred to in paragraph 29.b of wells numbered MW-2, MW-15, and MW-16 are stayed until: (a) the entry of the proposed Consent Decree in *United States v. Thoro Products Company*, Civ. Action no. 04-M-2330; and (b) the issuance of EPA's POLREP documenting the removal of the air stripper system and monitoring wells as is required by paragraph 16 of that Consent Decree.

BY THE COURT:

May 12, 2010
Date

_____
Richard P. Matsch, Senior Judge
United States District Court