IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-00604-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,

    Defendant.

_____

Civil Action No. 04-cv-02330-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THORO PRODUCTS COMPANY,

    Defendant/Third Party Plaintiff,

v.

GREAT WESTERN INORGANICS, INC.,

    Third Party Defendant.

## ORDER FOR DISMISSAL OF THIRD PARTY CLAIMS

    Pursuant to the Stipulation for Dismissal [114], it is

    ORDERED that all third party claims asserted by Thoro Products Company against Great Western Inorganics, Inc. in this matter are hereby dismissed with

prejudice, the Parties to pay their own attorneys' fees and costs with respect to the dismissed third party claims.

Dated: May 12th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge